BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP               BDFTE# 00000002158442
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Attorney for CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-40712-H5-13 |
| | § | |
| SARAH M. ELLIS, | § | |
|     Debtor | § | CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE
NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO
BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT
TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST . Creditor is the Servicer, the holder of the Note and the mortgagee of record, holding a first security interest in certain real property and is authorized to file this Notice of Appearance on behalf of the Investor* pursuant to the Freddie Mac Single- Family Seller/Servicer Guide, the servicing agreement between Servicer and Freddie Mac, which is published on AllRegs at http://www.freddiemac.com/sell/guide/#.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at

the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seg.  The undersigned firm will not accept service of process in any adversary case for CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney

on any mailing matrix to be prepared or existing in the above-numbered case, and on any list

of creditors to be prepared or existing in the above-numbered bankruptcy case.

                        BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP


            BY: /s/ MARY A. DAFFIN
                 MARY A. DAFFIN
                 TX NO. 05309200
                 1900 ST. JAMES PLACE SUITE 500
                 HOUSTON, TX 77056
                 Telephone: (713) 621-8673
                 Facsimile: (713) 621-8583
                 E-mail:  SDECF@BDFGROUP.COM
                 ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 08, 2010, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attatched list.

Respectfully submitted,

FHLMC 00734

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ MARY A. DAFFIN          12/8/2010
MARY A. DAFFIN
TX NO. 05309200
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail:  SDECF@BDFGROUP.COM
ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
SARAH M. ELLIS
1324 LEMM ROAD 2
SPRING, TX  77373

SARAH M. ELLIS
8110 ARROWROCK TRL
HOUSTON, TX  77050

**DEBTOR'S ATTORNEY:**
JOHN NEAL ANDERSON
22557 ALDINE WESTFIELD
STE 104
SPRING, TX  77373

**TRUSTEE:**
WILLIAM E. HEITKAMP
9821 KATY FREEWAY, #590
HOUSTON, TX  77024

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
ATTORNEYS AND COUNSELORS AT LAW

December 7, 2010

JOHN NEAL ANDERSON
22557 ALDINE WESTFIELD
STE 104
SPRING, TX  77373

| | | |
|---|---|---|
| RE: | Lender: | CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST |
| | Loan Number: | ****4206 |
| | BDFTE Number: | 00000002158442 |
| | Debtor: | SARAH M. ELLIS |
| | District : | Southern |
| | Case Number: | 10-40712-H5-13 |

Our client, CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, has referred the above referenced case to our office for bankruptcy representation. CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST offers loss mitigation workout options to debtor(s) while in an active bankruptcy status.  Your client may qualify for one of the workout options.  If the debtor(s) is interested in exploring these workout options, a financial information form can be requested from our office.  The financial information form must be filled out by the debtor(s) and returned to our office for submission to the lender to start the loss mitigation process.

If the debtor(s) in this case is interested in these workout options, please contact our office below.

Sincerely,


HOMEOWNERS ASSISTANCE DEPARTMENT
LossMit@BDFGroup.com
(800) 795-5041