IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Sarah M. Ellis | § | Case No. 10-40712 |
| dba Creations by Sarah | § | (Chapter 13) |
|    Debtor. | § | |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR NOTIFICATION**

TO THE HONORABLE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Now comes CAPITAL FARM CREDIT, FLCA, an interested party in the above-styled and numbered case ("Applicant"), by and through its attorneys, The Nunley Firm, PLLC by Patrick H. Autry, to file this, his Entry of Appearance and Request for Notification pursuant to Bankruptcy Rules 9010 and 2002 and the Local Rules of this Court, and would show unto the Court as follows:

1) Applicant is an interested party in this case. The Applicant has a right to receive notice of those matters filed in this case which affect Applicant, including, but not limited to, CONTESTED and NON-CONTESTED MATTERS and ADVERSARY PROCEEDINGS, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

2) Applicant requests that notice of those CONTESTED or NON-CONTESTED matters or ADVERSARY PROCEEDINGS affecting Applicant and set for hearing in this case be sent to the following:

        Patrick H. Autry
        THE NUNLEY FIRM, PLLC
        1580 South Main Street, Suite 200
        Boerne, Texas  78006
        Email: pautry@nunleyfirm.com

PLEASE TAKE FURTHER NOTICE that in filing this Entry of Appearance and Request for Notification, Applicant does not consent to have any matter heard in the Bankruptcy Court; is not waiving any right that it may have to contest jurisdiction in any proceeding involving its claims or interests, or any right under applicable non-bankruptcy law to trial by jury; and is not consenting to have any such trial conducted in the Bankruptcy Court.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that its name and the name and address of its attorneys as hereinabove stated be put on the mailing matrix to receive notices of any and all CONTESTED or NON-CONTESTED matters affecting Applicant filed in this case, including any ADVERSARY PROCEEDING affecting Applicant within the context of this case, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

Dated this 17th day of December, 2010.

    Respectfully submitted,

    THE NUNLEY FIRM, PLLC
    1580 South Main Street, Suite 200
    Boerne, Texas  78006
    Telephone    830-816-3333
    Telecopier    830-816-3388
    Email    pautry@nunleyfirm.com

BY:    /s/ Patrick H. Autry_____
    Patrick H. Autry
    State Bar No. 01447600

ATTORNEYS FOR
CAPITAL FARM CREDIT, FLCA

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing Entry of Appearance and Request for Notification was served by first-class mail, postage prepaid, this 17th day of December, 2010 upon the Trustee, U. S. Trustee, Debtor, and the Attorney for the Debtor as follows:

Trustee:
William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway
Suite 590
Houston, TX 77024

U.S. Trustee
Office of the U.S. Trustee
515 Rusk Ave.
Suite 3516
Houston, TX 77002

Debtor:
Sarah M. Ellis
dba Creations by Sarah
1324 Lemm Road 2
Spring, TX 77373

Debtor's Attorney:
John Neal Anderson
22557 Aldine Westfield
Suite 104
Spring, TX 77373

/s/ Patrick H. Autry
Patrick H. Autry