In re  Sarah M. Ellis      Case No. 10-40712-H5-13
_____
**Debtor**        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House & Lot at 1324 Lemm Rd 2, Spring TX 77373<br><br>RES A BLK 3<br>LYNWOOD ESTATES R/P<br>Harris County, Texas | Fee Simple | | 250,000.00 | 152,614.00 |
| House & Lot at 8110 Arrowrock Trail, Houston, TX 77050<br><br>LT 209 BLK 13<br>SHADOWLAKE ESTATES SEC 2<br>Harris County, Texas | Fee Simple | | 50,000.00 | 50,427.00 |
| Land in Milano, Texas - 88 acres in Milam County<br><br>48.875 acres and 39.35 acres in A3230, Milam County, Texas | Fee Simple | | 96,000.00 | 96,122.00 |
| House & Lot at 615 Corvette Lane, Houston, TX 77060 | Fee Simple | | 49,000.00 | 49,231.00 |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

In re   Sarah M. Ellis _____   Case No.   10-40712-H5-13 _____
            **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| LT 17 BLK 2<br>ALDINE VILLAGE SEC 2 U/R<br>Harris County, Texas<br><br>House & Lot at 5446 Castlecreek Lane, Houston, TX  77053; | Fee Simple | | 47,000.00 | 92,299.00 |
| RIDGEMONT SEC 3, BLOCK 1, LOT 28<br>Fort Bend County, Texas<br><br>House & Lot at 9402 Crispin Ln., Houston, TX 77080 | Fee Simple | | 200,000.00 | 207,000.00 |
| LT 219 BLK 2O<br>SPRING BRANCH OAKS SEC 4<br>Harris County, Texas<br><br>House & Lot at 718 Hambrick CT, Houston, TX 77060 | Fee Simple | | 45,000.00 | 92,299.00 |
| LT 20 BLK 5<br>ALDINE VILLAGE SEC 1<br>Harris Count, Texas | | | | |

Total ➤ | 737,000.00

(Report also on Summary of Schedules.)

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5-9.755 - 31481-301X-04110 - Adobe PDF

B6C (Official Form 6C) (04/10)

In re   Sarah M. Ellis                                    Case No.   10-40712-H5-13
              **Debtor**                                                   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)          ☐ Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)              $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| House & Lot at 1324 Lemm Rd 2, Spring TX 77373 | Tex. Prop. Code § 41.001 | 97,386.00 | 250,000.00 |
| 2007 GMC Denali | Tex. Prop. Code §42.002 | 771.00 | 28,000.00 |
| 2006 John Deere Tractor | Tex. Prop. Code §42.002 | 1,704.00 | 8,000.00 |
| Living Room Items 1 | Tex. Prop. Code §42.002 | 1,890.00 | 1,890.00 |
| Living Room Items 2 | Tex. Prop. Code §42.002 | 152.50 | 152.50 |
| Kitchen Items 1 | Tex. Prop. Code §42.002 | 353.00 | 353.00 |
| Kitchen Items 2 | Tex. Prop. Code §42.002 | 186.00 | 186.00 |
| Laundry Room Items | Tex. Prop. Code §42.002 | 190.00 | 190.00 |
| Hall Bath Items | Tex. Prop. Code §42.002 | 15.00 | 15.00 |
| Hall Closet Items | Tex. Prop. Code §42.002 | 250.00 | 250.00 |
| Office Items | Tex. Prop. Code §42.002 | 1,120.00 | 1,120.00 |
| Guest Bedroom Items 1 | Tex. Prop. Code §42.002 | 885.00 | 885.00 |
| Guest Bedroom Items 2 | Tex. Prop. Code §42.002 | 596.00 | 596.00 |
| Lisa's Room Items | Tex. Prop. Code §42.002 | 805.00 | 805.00 |
| Master Bedroom Items | Tex. Prop. Code §42.002 | 824.00 | 824.00 |
| Master Bathroom Items | Tex. Prop. Code §42.002 | 240.00 | 240.00 |
| Washer & Dryer | Tex. Prop. Code §42.002 | 155.00 | 600.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

B6C (Official Form 6C) (04/10) -- Cont.

In re  Sarah M. Ellis                                    Case No.  10-40712-H5-13
_____                                          _____
        **Debtor**                                                      **(If known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Refrigerator | Tex. Prop. Code §42.002 | 0.00 | 250.00 |
| 37" TV | Tex. Prop. Code §42.002 | 0.00 | 200.00 |
| 42" TV | Tex. Prop. Code §42.002 | 0.00 | 250.00 |
| Entertainment Center | Tex. Prop. Code §42.002 | 0.00 | 250.00 |
| Pedestals for Washer & Dryer | Tex. Prop. Code §42.002 | Indeterminate | Indeterminate |
| 40" TV | Tex. Prop. Code §42.002 | 0.00 | 100.00 |
| Microwave | Tex. Prop. Code §42.002 | 0.00 | 50.00 |

**B6D (Official Form 6D) (12/07)**

In re ____Sarah M. Ellis_____,       Case No.10-40712-H5-13_____

       **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxx54 <br><br>Associated Mortgage Investors<br>710 North Post Oak Road, Suite 208<br>Houston, TX  77024-3830 | | | Lien: First Mortgage<br>Security: House & Lot at 615 Corvette Lane<br>2 pymts behind =$1,604<br><br>VALUE $          49,000.00 | | | | 49,233.07 | 233.07 |
| ACCOUNT NO. xxxxxx55 <br><br>Associated Mortgage Investors<br>710 North Post Oak Road, Suite 208<br>Houston, TX  77024-3830 | | | Lien: First Mortgage<br>Security: Houses and Lots at 5466 Castlecreek Ln and 718 Hambrick<br>2 months behind=  $2,960<br><br>VALUE $          92,000.00 | | | | 92,299.00 | 299.00 |
| ACCOUNT NO. xxxxxx7118 <br><br>Capital Farm Credit<br>2704 Medical Parkway<br>Taylor, TX  76574-1268 | | | Lien: First Mortgage<br>Security: 88 acres in Milano, TX<br>4 pymts behinc= $3,846<br><br>VALUE $          96,000.00 | | | | 96,122.00 | 122.00 |

  __2_____continuation sheets attached

Subtotal ▶   $  237,654.07     $   654.07
(Total of this page)

Total ▶   $      $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont.**

In re   Sarah M. Ellis                                                    ,          Case No.      10-40712-H5-13
      **Debtor**                                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxx3700<br><br>Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ  85062-8420 | | | Lien: First Mortgage<br>Security: House & Lot at 1324 Lemm Road<br>2 payments behind-  $3,638<br><br>VALUE $      250,000.00 | | | | 152,614.00 | 0.00 |
| ACCOUNT NO. xxxxxx4206<br><br>Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ  85062-8420 | | | Lien: First Mortgage<br>Security: House & Lot at 8110 Arrowrock Trail<br>7 pymts behind=-$4,452<br><br>VALUE $      50,000.00 | | | | 50,427.00 | 427.00 |
| ACCOUNT NO. xxxxxx2434<br><br>Conns<br>PO Box 815867<br>Dallas, TX  75234 | | | Lien: PMSI<br>Security: 40" TV and Microwave<br><br>VALUE $      150.00 | | | | 841.00 | 691.00 |
| ACCOUNT NO. xxxxxx2432<br><br>Conns<br>PO Box 815867<br>Dallas, TX  75234 | | | Lien: PMSI<br>Security: Washer & Dryer, Refrigerator, 37" TV<br><br>VALUE $      1,050.00 | | | | 445.00 | 0.00 |
| ACCOUNT NO. xxxxxx2433<br><br>Conns<br>PO Box 815867<br>Dallas, TX  75234 | | | Lien: PMSI<br>Security: 42" TV, Entertainment Center, Pedestals for Washer & Dryer<br><br>VALUE $      500.00 | | | | 666.00 | 166.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal (s)<br>(Total(s) of this page) | $ | 204,993.00 | $ |
|---|---|---|---|---|
|  | Total(s)<br>(Use only on last page) | $ | | $ |
|  |  | (Report also on Summary of Schedules) | | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont.**

In re   Sarah M. Ellis                                          ,          Case No.      10-40712-H5-13
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxx0357<br><br>John Deere Credit<br>PO Box 650719<br>Dallas, TX  75265-0215 | | | Lien: PMSI<br>Security: 2006 John Deere Tractor<br>4 months behind= $1,162<br><br>VALUE $          8,000.00 | | | | 6,297.00 | 0.00 |
| ACCOUNT NO.<br><br>Ortegam's Construction Company<br>102 E Twickenham Trail<br>Houston TX  77076 | | | Lien: Second lien<br>Security: House and lot at 9402 Crispin, Houston TX<br><br>VALUE $        200,000.00 | | | | 135,000.00 | 7,000.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. xxxxxx0520<br><br>Smart Financial Credit Union<br>PO Box 920719<br>Houston, TX  77292 | | | Lien: PMSI<br>Security: 2007 GMC Denali<br><br>VALUE $          28,000.00 | | | | 27,229.00 | 0.00 |
| ACCOUNT NO.<br><br>Virgil Barfield<br>2554 FM 1375 Road E.<br>Huntsville, TX  77340 | | | Lien: First Mortgage<br>Security: House and Lot at 9402 Crispin<br>4 months behind =1,916<br><br>VALUE $        200,000.00 | | | | 72,000.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no.  __2__ of  __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) ➤ (Total(s) of this page) | $   240,526.00 | $   7,000.00 |
| Total(s) ➤ (Use only on last page) | $   683,173.07 | $   8,938.07 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

B6E (Official Form 6E) (04/10)

In re_____Sarah M. Ellis_____,   Case No._____10-40712-H5-13_____
                          Debtor                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

B6E (Official Form 6E) (04/10) - Cont.

In re   Sarah M. Ellis _____,         Case No. 10-40712-H5-13 _____
                    Debtor                                                                    (if known)

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1___ **continuation sheets attached**

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

B6E (Official Form 6E) (04/10) - Cont.

In re _Sarah M. Ellis_____,        Case No. ___10-40712-H5-13____
         **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx6504 <br><br> Internal Revenue Service <br> PO Box 21126 <br> Philadelphia PA   19114 | | | Incurred: 2007 <br> Consideration: self employmen taxes | | | | 14,500.00 | 14,500.00 | 0.00 |
| ACCOUNT NO. xxxx7341 <br><br> State of Texas <br> Bankruptcy & Collection <br> PO Box 12548 <br> Austin TX   78711 | | | Consideration: Sales Tax | | | | 36,022.40 | 36,022.40 | 0.00 |
| ACCOUNT NO. <br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $  50,522.40 | $ | $ |
| Total ➤ (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $  50,522.40 | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $   50,522.40 | $       0.00 |

B6I (Official Form 6I) (12/07)

In re    Sarah M. Ellis                                        Case         10-40712-H5-13
_____                    _____
                    Debtor                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:    Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): daughter | AGE(S): 42  yrs |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Self Employed | |
| Name of Employer | DBA Self Creations by Sarah | |
| How long employed | 39 years | |
| Address of Employer | 1324 Lemm Road 2A | N.A. |
| | Spring, TX  77373 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ N.A. |
| 2. | Estimated monthly overtime | $ 0.00 | $ N.A. |
| 3. | SUBTOTAL | $ 0.00 | $ N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ N.A. |
| | b. Insurance | $ 0.00 | $ N.A. |
| | c. Union Dues | $ 0.00 | $ N.A. |
| | d. Other (Specify:_____) | $ 0.00 | $ N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N.A. |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 7,505.00 | $ N.A. |
| 8. | Income from real property | $ 3,500.00 | $ N.A. |
| 9. | Interest and dividends | $ 0.00 | $ N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| 11. | Social security or other government assistance ( Specify)_____ | $ 0.00 | $ N.A. |
| 12. | Pension or retirement income | $ 0.00 | $ N.A. |
| 13. | Other monthly income_____ (Specify) _____ | $ 0.00 $ 0.00 | $ N.A. $ N.A. |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 11,005.00 | $ N.A. |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 11,005.00 | $ N.A. |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 11,005.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

        None
_____
_____
_____

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

In re   Sarah M. Ellis        Case No.   10-40712-H5-13
      **Debtor**                                      **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|      a. Are real estate taxes included?    Yes ✓    No _____ | |
|      b. Is property insurance included?    Yes _____    No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 337.00 |
|            b. Water and sewer | $ 49.00 |
|            c. Telephone | $ 195.00 |
|            d. Other Garbage, Cable, Internet | $ 170.00 |
| 3. Home maintenance (repairs and upkeep) | $ 80.00 |
| 4. Food | $ 542.00 |
| 5. Clothing | $ 20.00 |
| 6. Laundry and dry cleaning | $ 10.00 |
| 7. Medical and dental expenses | $ 175.00 |
| 8. Transportation (not including car payments) | $ 217.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10.Charitable contributions | $ 0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
|            a. Homeowner's or renter's | $ 125.00 |
|            b. Life | $ 0.00 |
|            c. Health | $ 0.00 |
|            d.Auto | $ 125.00 |
|            e. Other_____ | $ 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|            a. Auto | $ 792.00 |
|            b. Other   Conn appliances | $ 168.00 |
|            c. Other   House paid thru plan | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other_____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 3,005.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|      a. Average monthly income from Line 15 of Schedule I | $ 11,005.00 |
|      b. Average monthly expenses from Line 18 above | $ 3,005.00 |
|      c. Monthly net income (a. minus b.) | $ 8,000.00 |

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Southern District of Texas

In re ___Sarah M. Ellis_____

_____
Debtor

Case No.   __10-40712-H5-13__

Chapter   __13__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $  737,000.00 | | |
| B – Personal Property | YES | 5 | $  45,256.50 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $  683,173.07 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $  50,522.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $  139,890.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $  11,005.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $  3,005.00 |
| TOTAL | | 27 | $  782,256.50 | $  873,585.47 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF

# United States Bankruptcy Court
### Southern District of Texas

In re    Sarah M. Ellis                                          Case No.    10-40712-H5-13

Debtor

Chapter    13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4. Total from Schedule F | | $    N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31481-301X-04110 - Adobe PDF