United States Bankruptcy Court
Southern District of Texas
Houston Division

In Re: Sarah Ellis  
      Debtor(s)

Case No: 10-40712-H5-13  
Chapter 13

## NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL; (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s)' proposed bankruptcy plan, (2) dismiss this case, (3) convert this case to a case under chapter 7, and/or (4) to enter other orders concerning the administration of this case. The Court will also consider valuation of security pursuant to FED. R. BANKR. P. 3012. The hearing will take place at 9:30 am on February 15, 2011 in the United States Bankruptcy at the U.S. Courthouse, 515 Rusk, Courtroom # 403.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the debtor(s) attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least five days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s)' counsel, the chapter 13 trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

/s/ William E. Heitkamp  
William E. Heitkamp, Trustee  
Admissions I.D. No. 3857  
9821 Katy Freeway, Suite 590  
Houston, Texas 770024  
(713) 722-1200

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

**Sarah M. Ellis**                      CASE NO  10-40712-H5-13

Debtor(s)                                     (Chapter 13)

**Plan Summary and Statistical Cover Sheet to Proposed Plan**
**Date:  December 16, 2010**
**(Date Should be Date that this Proposed Plan is Signed by Debtor)**

**Disposable Income and Plan Payments**

| Projected Schedule "I" Income (as shown on most recently filed Schedule I) | Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | Projected Disposable Income | Beginning Month # [1] | Ending Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| $11,005 | $3,005 | $8,000 | Mo1- Jan 2011 | Mo 60- Dec 2015 | $8,000.00 | $480,000.00 |
| | | | | | Grand Total | $480,000.00 |
| | | | | | Less Posted Chapter 13 Trustee Fee[2] | $28,560.00 |
| | | | | | Net Available | $451,440.00 |

**Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Description of Collateral (or "None" if appropriate) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|---|
| J. Neal Anderson- atty fees | Atty fees | None | 0% | 1 | 4 | $375.00 | $1,500.00 |
| IRS- 2007 taxes | Priority | None | 0% | 1 | 60 | $241.66 | $14,500.00 |
| State of Texas- taxes | Priority | None | 0% | 1 | 60 | $600.37 | $36,022.40 |
| Chase Home - arrears | Secured | 1324 Lemm Rd | 0% | 1 | 60 | $60.63 | $3,638.00 |
| Chase Home- on-going | Secured | 1324 Lemm Rd | 0% | 1 | 60 | $1,819.00 | $109,140.00 |
| Chase Home- arrears | Secured | 8110 Arrowrock | 0% | 1 | 60 | $74.20 | $4,452.00 |
| Chase Home- on-going | Secured | 8110 Arrowrock | 0% | 1 | 60 | $636.00 | $38,160.00 |
| Capital Farm Credit-arrears | Secured | 88 acres in Milano | 0% | 1 | 60 | $64.10 | $3,846.00 |
| Capital Farm Cr-on-going | Secured | 88 acres in Milano | 0% | 1 | 60 | $961.44 | $57,686.40 |
| Associated Mtg- arrears | Secured | 615 Corvette | 0% | 1 | 60 | $26.74 | $1,604.18 |
| Associated Mtg-on-going | Secured | 615 Corvette | 0% | 1 | 60 | $802.09 | $48,125.40 |
| Associated Mtg- arrears | Secured | 5446 Castlecreek & 718 Hambrick | 0% | 1 | 60 | $49.34 | $2,960.32 |
| Associated Mtg- on-going | Secured | 5446 Castlecreek & 718 Hambrick | 0% | 1 | 60 | $1,480.16 | $88,809.60 |
| Virgil Barfield- arrears | Secured | 9402 Crispin | 0% | 1 | 60 | $31.93 | $1,916.08 |

---

[1]  If filed in connection with a modification, the first month listed must be the first month in which the debtor was required to make a payment after filing the bankruptcy petition.  All previous payments and proposed payments must be included.
[2]  The Posted  Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Virgil Barfield-on-going | Secured | 9402 Crispin | 0% | 1 | 60 | $479.02 | $28,741.20 |
| John Deere Credit | Secured | 2006 Tractor | 5.25% | 1 | 60 | $119.54 | $7,172.40 |
| | | | | | | Grand Total | $448,273.00 |

**SUMMARY OF PAYMENTS TEST**

| | |
|---|---|
| Net Available to Creditors | $451,440.00 |
| Less Estimated Attorneys' fees | $1,500.00 |
| Less Total to Priority Creditors | $50,522.40 |
| Less Total to Secured Creditors | $396,250.60 |
| Net Available for Unsecured Creditors | $3,167.00 |
| Estimated General Unsecured Claims | $139,890.00 |
| Forecast % Dividend on General Unsecured Claims | 2.26% |

**BEST INTEREST**

| | |
|---|---|
| Value of total non-exempt property | $50.00 |
| Total distributions to all priority and general unsecured creditors | $55,189.40 |

/s/ J. Neal Anderson
J. NEAL ANDERSON   Attorney for  Debtor(s)        State Bar No.: 01195300