UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-40712-KKB |
| | § | |
| SARAH M. ELLIS | § | Chapter 13 |
| | § | |
| Debtor | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICE AND PLEADINGS**

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

William A. Frazell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB

Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ William A. Frazell*
WILLIAM A. FRAZELL
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4862
Facsimile:  (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on January 7, 2011, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Sarah M. Ellis
1324 Lemm Road 2
Spring, TX 77373

By Electronic Means as listed on the Court's ECF Noticing System:

John Neal Anderson     nander3176@aol.com

Patrick Holder Autry     pautry@nunleyfirm.com, waspcreek@gmail.com

Mary A Daffin     sdecf@BDFGROUP.com

William E. Heitkamp     heitkamp@ch13hou.com

Don Joseph Knabeschuh     b50martinez@gmail.com

US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV

*/s/ William A. Frazell*
WILLIAM A. FRAZELL

2