IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| SARAH M. ELLIS | § | CASE NO. 10-40712 |
| DEBTOR | § | CHAPTER 13 |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of VIRGIL BARFIELD, a secured creditor and party in interest in the above referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed on the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the debtor in care of the undersigned at the address set forth below:

J. Craig Cowgill & Associates, PC
8100 Washington Ave., Suite 120
Houston, Texas 77007

Respectfully submitted this 11th day of January, 2011

J. CRAIG COWGILL & ASSOCIATES, PC

By: /s/ J. Craig Cowgill
J. Craig Cowgill
State Bar No. 04929000
8100 Washington, Suite 120
Houston, Texas 77007
713/956-0254 (telephone)
713/956-6284 Fax
jccowgill@cowgillholmes.com

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties on attached service list on this 11th day of January, 2011

/s/J. Craig Cowgill